IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff | * <br> * <br> * |
| v | * CASE 97-CR-0084-01 PG <br> * |
| RAYMOND GANDIA ROSA <br> Defendant <br> _____ | * <br> * <br> * |

NOTICE OF STIPULATION

TO THE HONORABLE COURT:

NOW COMES the United States of America represented by the undersigned attorneys and respectfully notifies as follows:

The above defendant and the United States have entered into a stipulation which is attached hereto.

WHEREFORE, the United States of America respectfully requests to take notice.

CERTIFICATE: I hereby certify that on 12-22-04 I electronically filed the instant notice via CM/ECF; and, sent a copy, by regular mail, to the defendant at 81 N Leafland Pt, Lake Worth, Florida 33641 and to Raúl González, U.S. Probation Office, via fax 766-5945.

In San Juan, Puerto Rico this 22th day of December, 2004.

> H.S. GARCIA
> UNITED STATES ATTORNEY
>
> S/ *Rebecca Vargas-Vera*
>   REBECCA VARGAS-VERA 203307
>   ASSISTANT U.S. ATTORNEY
>   Torre Chardon, Suite 1201
>   350 Chardon Ave.
>   San Juan, P.R., 00918
>   Tel. (787) 766-5656/ FAX: 771-4049