## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br>**V.**<br><br>**Raymond Gandia-Rosa**<br>**Defendant(s)** | **CRIMINAL NO. 97-CR-084-01 PG** |

### STIPULATION

**TO THE HONORABLE COURT:**

COME NOW plaintiff, United States of America, and defendant, Raymond Gandia-Rosa, and stipulate as follow:

1.   On June 12, 1998 defendant was sentenced to a thirty three (33) year imprisonment term and a three (3)year term of Supervised Release, a restitution in the amount of $386,080.00 in favor of Veteran's Administration to be paid in full immediately, and a special monetary assessment in the amount of $50.00.

2.   That defendant's supervised released term expired on April 16, 2004. However, the restitution imposed on June 12, 1998 has not been satisfied due to circumstances beyond the control of the defendant.

3.   That in order to secure the Government's interest, defendant has agreed to continue to make payments toward the satisfaction of the restitution imposed as follows:

U.S. v. **Raymond Gandia-Rosa**
Case No. **97CR084-01 PG**
Page No. -2-

a.    The Defendant will make a lump sum payment of $20,000.00 as of the date of this stipulation.

b.    The Defendant, commencing on November 1, 2004, will make monthly payments of $40.00 each to be applied toward the satisfaction of the restitution in money order or manager's check, payable to the order of the <u>U.S. District Court</u>.

c.    The monthly payments should be sent to the U.S. District Court for the District of Puerto Rico, Federal Bldg., First Floor, Room 101, Carlos Chardon Avenue, Hato Rey, Puerto Rico 00918.

d. The defendant will keep the U.S. Attorney's Office for the District of Puerto Rico informed of any change in address and/or telephone number.

5. Defendant further agrees to furnish any financial document requested by the government and to submit to financial evaluations at least twice a year, until all the impositions have been paid in full.

6.    In the event defendant fails to satisfy the above debt, the plaintiff may add ten (10%) percent penalty if the delinquency continues for more than thirty (30) days; and, an additional fifteen (15%) percent penalty of the unpaid principal if the payment is delinquent for more than ninety (90) days.

U.S. v. **Raymond Gandia-Rosa**
Case No. **97CR084-01 PG**
Page No. -3-

7.   The Government reserves the right, if defendant fails to comply with any of the above, to request the Court any order in furtherance of the enforcement of the instant agreement and/or for any other collection remedy as provided by law.

8.   Defendant acknowledges and understands that the undersigned Assistant U.S. Attorney works for the Department of Justice and as such represents the United States.

9.   The defendant is aware and understands that the interest of the United States is adversarial to the interest of the defendant and has freely and voluntarily waived to be represented by an attorney during the execution of the instant agreement.

10.   Termination of defendant's liability will expire, in accordance with 18 U.S.C. § 3613 (b), the later of 20 years from the entry of judgment.

CERTIFICATE:  Copy of this stipulation has been caused to be served on this same date by regular mail to U.S. Probation Office, Federal Bldg., Room 150, Hato Rey, Puerto Rico  00918.

In San Juan, Puerto Rico this ___ day of _____ of 2004.

H. S. GARCIA
UNITED STATES ATTORNEY                    12/21/04

Raymond Gandia-Rosa                Rebecca Vargas-Vera, 203307
Defendant                          Assistant U.S. Attorney
81 N Leafland Pt                   Torre Chardon, Suite 1201
Lake Worth, FL 33461               350 Carlos Chardon Street
                                   San Juan, PR 00918
                                   Tel. (787)766-5656