UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,          *
     Plaintiff          *
               *
     v          *          Case 3:97-CR 0084-001 (PG)
               *
RAYMOND GANDIA-ROSA,          *
     Defendant          *
               *
     and          *
               *
F.B.I,          *
Garnishee _____          *

APPLICATION FOR ORDER AND WRIT OF GARNISHMENT

TO THE HONORABLE COURT:

NOW COMES the United States of America represented by the undersigned attorneys and, pursuant to 28 U.S.C. section 3205 et seq, respectfully sets forth and prays for an Order and Writ as follows:

1.The F.B.I. seized from the defendant Raymond Gandia-Rosa the amount of $96,080.00 in cash and it was retained as evidence for the trial in the instant case.

2. On June 12, 1998 a Judgment was issued in the instant case against the above named defendant where the Court imposed a Federal Restitution in favor of the U.S. Government, in the amount of $386,080.00

3. According to said Judgment the restitution was to be paid **immediately** to the U.S. Attorney's Office for transfer to the payee.

4. That even though defendant has been making payments towards the satisfaction of the impositions, the defendant still owes as of today, in principal, the amount of $364,173.37 , plus interest in the amount of $145, 550.22 plus penalties in the amount of $96,520, for a total amount

USA V Raymond Gandia-Rosa
97-CR-0084-01 PG
Page 2

owed of $606,243.59

5. That no less than 30 days has elapsed since demand on the debtor for payment of the

above impositions was made and as of today restitution has not been paid in full.

6. That pursuant to 18 U.S.C. 3613 civil remedies may be used to collect criminal

judgments.

7. In addition, 18 U.S.C. section 3664(m)(1)(A)(i) and (ii) state:

"(i)An order of restitution may be enforced by the United States in the manner

provided for in subchapter C of chapter 227 and subchapter B of chapter 229 of

this title; or

(Ii) by all other available and reasonable means."

8. The amount of $96,080.00 is non-exempt and should garnished, as provided by 28

U.S.C. Section 3205 et seq.   (See attachment A).

9. That  18 U.S.C. 3613 (a) and (f) state in its pertinent part:

"(a)Enforcement- The United States may enforce a judgment imposing a fine in

accordance with the practices and procedures for the enforcement of a civil

judgment under Federal law or State law...a judgment imposing a fine may be

enforced against all property or rights to property of the person fined...

"(f) Applicability to order fo restitution- In accordance with section

3664(m)(1)(A) of this title, all provisions of this section are available to the

United States for the enforcement of an order of restitution."

10. In addition, 28 U.S.C. section 3013 states:

USA V Raymond Gandia-Rosa
97-CR-0084-01 PG
Page 3

" The Court may at any time on its own initiative or the motion of any interested

person, and after such notice as it may require, make an order denying, limiting,

conditioning, regulating, extending, or modifying the use of any enforcement

procedure under this chapter."

11. What's more, pursuant to Rule 69 of the Federal Rules of Civil Procedure and 28

U.S.C. 3205, a court may issue a writ against property (including non exempt disposable

earnings) in which the debtor has a [substantial nonexempt] interest and which is in the

possession, custody, or control of a person other than the debtor, in order to satisfy the judgment

against the debtor.

12. After notice on the defendant,  the Court could grant this application so that the non-

exempt amount of $96,080.00,  in possession of the F.B.I., be garnished and deposited in the

U.S. District Court Clerk's Office  through Court Order and Writ, issued pursuant to Rule 69 of

the Federal Rules of Civil Procedure, 18 U.S.C. Sections 3613 and 3664, and  28 U.S.C. sections

3013 and 3205, to be credited towards the satisfaction of the federal restitution imposed against

the above defendant.

WHEREFORE the United States of America respectfully requests the issuance of an

Order of Garnishment and Writ directing the F.B.I., as Garnishee, to forward to the U.S. District

Court Clerk the amount of $96,080.00 in a check payable to the order of the U.S. District Court

to be credited towards the satisfaction of the federal restitution, as provided above.

CERTIFICATE: I hereby certify that on this date I filed this document via CM/ECF, who

will automatically notify PARTICIPANT Robert Millan; and further copy was sent, by regular

USA V Raymond Gandia-Rosa
97-CR-0084-01 PG
Page 4

mail on this same day to defendant at 81 Leafland Pt., Crystal Oaks, Lecanto, FL 34461;

Mariangela Tirado-Vales, Esq., P.O. Box 194786, San Juan, PR 00919-478; Carlos Noriega,

Esq., Banco Cooperativo Plaza, 623 Ponce de Leon Ave. Suite 310, Hato Rey PR 00917; and,

Maria Sandoval, Esq., P.O. Box 9878, Santurce, PR 00908.

At San Juan, Puerto Rico this 26th day of July, 2005.

H.S. GARCIA
UNITED STATES ATTORNEY

S/ REBECCA VARGAS-VERA, 203307
ASSISTANT U.S. ATTORNEY
Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, PR 00918
Tel. (787) 766-5656
Fax (787) 771-4049