UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>           v.<br><br>Raymond Gandia-Rosa,<br>         Defendant<br><br>           and<br><br>F.B.I.,<br>         Garnishee | Case 3:97-CR-0084-001(PG) |

WRIT OF GARNISHMENT

TO: F.B.I. Director
    Federal Bldg., 5th Floor
    Chardon Ave.
    Hato Rey, P.R. 00918

An application for Order and Writ of Garnishment against the property of Raymond Gandia-Rosa, defendant, has been filed with this Court. A judgment has been entered against the above-named defendant on June 12, 1998, which as of July 26, 2005, still owes in principal the amount of $364,173.37, plus interest in the amount of $145,550.22, plus penalties in the amount of $96,520.00, for a total amount owed of $606,243.59, plus interest thereafter as required by law.

WHEREAS, the Honorable _____, United States District Judge, has issued an Order for the issuance of a Writ of Garnishment in this case, dated _____ which copied literally reads as follows:

                    "ORDER

USA v. RAYMOND GANDIA-ROSA
Case No. 3:97-CR-0084-01(PG)
Page No. 2

Upon application for Order and Writ of Garnishment and Notice thereof filed by plaintiff herein, and it appearing from the records of this Court in the above mentioned case that judgment was entered by this Court against defendant Raymond Gandia-Rosa, and said defendant has failed to pay to the plaintiff the sum of money adjudged to be paid under said judgment;

And it appearing further that not less than 30 days has elapsed since demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due;

NOW THEREFORE, IT IS ORDERED that the Clerk of the Court issue the Writ of Garnishment addressed to the F.B.I., which shall read as follows:

You are required by law to answer in writing, under oath, within ten (10) days of service of the writ, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

State whether or not you anticipate disposing the non exempt amount of $96,080.00 or any future payments and whether such payments are to be disbursed.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: Federal Building, 1st Floor, Room 150, Carlos Chardon Avenue, Hato Rey, Puerto Rico, 00918. Additionally, you

USA v. RAYMOND GANDIA-ROSA
Case No. 3:97-CR-0084-01(PG)
Page No. 3

are required by law to serve a copy of this writ upon the debtor Raymond Gandia-Rosa, 81 Leafland Pt., Crystal Oaks, Lecanto, Fl. 34461 and upon the United States Attorney, Torre Chardon Bldg., #350 Chardon Street, Suite 1201, Financial Litigation Unit, Hato Rey, Puerto Rico 00918. Under the law, there is property which is exempt from this writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the Claim for Exemption Form that shall be attached to the writ.

If you fail to answer this writ or fail to withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

IT IS FURTHER ORDERED that the Clerk of the Court issue a Notice of Post Judgment Garnishment in substantially the form provided in 28 U.S.C. Section 3202(b).

SO ORDERED.

In San Juan Puerto Rico, this ___ day of _____, 2005.

                        ___signed_____

                        UNITED STATES DISTRICT JUDGE"

Therefore, the F.B.I., as garnishee, is ordered to proceed by virtue of this Writ of Garnishment and in compliance with the Order copied above, according to law, in order to execute the judgment entered in this case against the defendant.

In San Juan Puerto Rico, this __ day of _____, 2005.

                        FRANCES RIOS DE MORAN, CLERK
                        UNITED STATES DISTRICT COURT
                        DISTRICT OF PUERTO RICO

                        By:_____
                            Deputy Clerk