UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
  Plaintiff,

    v.

Raymond Gandia-Rosa,
  Defendant

    and

F.B.I.,
  Garnishee

Case 3:97-CR-0084-001(PG)

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT**

  You are hereby notified that non-exempted amount of $96,080.00 as defined in 15 U.S.C. § 1672(b) and 32 L.P.R.A. §1130(7) is being taken by the United States of America which has a Court judgment in case No. 3:97-CR-0084-001(PG), U.S. District Court for the District of Puerto Rico, to be credited to a Federal Restitution in favor of the U.S. Government. As of July 26, 2005, a balance of $606,243.59 remains outstanding.

  In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Raymond Gandia-Rosa can show that the exemptions apply.  Attached is a summary of the major exemptions which apply in most situations in the Commonwealth of Puerto Rico.

  If you are Raymond Gandia-Rosa you have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it says you do, or if you think

USA v. RAYMOND GANDIA-ROSA
Case No. 3:97-CR-0084-01(PG)
Page No. 2

the property the Government is taking qualifies under one of the exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice.  Your request must be in writing.

If you wish, you may use this notice to request the hearing by checking the box below.  You must either mail it or deliver it in person to the Clerk of the United States District Court at Federal Building, 1st Floor, Room 150, Carlos Chardon Avenue, Hato Rey, Puerto Rico  00918. You must also send a copy of your request to the United States Attorney, Financial Litigation Unit, Torre Chardon Bldg., Suite 1201, #350 Chardon Street, Hato Rey, Puerto Rico  00918, so the Government will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.  At the hearing you may explain to the judge why you believe the property the government has taken is exempt or why think you do not owe the money to the Government.  If you do not request a hearing within 20 days of receiving this notice,  the Court may enter an order directing the garnishee as to the disposition of non-exempted amount of $96,080.00 to be credited on the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days

USA v. RAYMOND GANDIA-ROSA
Case No. 3:97-CR-0084-01(PG)
Page No. 3


after you receive this notice that this proceeding, to take your property, be transferred by the court to the Federal judicial district in which you reside.  You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at Federal Bldg, 1st Floor, Rm 150, Chardon Avenue, Hato Rey, PR 00918.  You must also send a copy of your request to the Government at U.S. Attorney Office, Financial Litigation Unit, Torre Chardon Bldg., Suite 1201, #350 Chardon Street, Hato Rey, P.R. 00918, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.  The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

In San Juan, Puerto Rico this ____ day of _____, 2005.

                          FRANCES RIOS DE MORAN
                          CLERK UNITED STATES DISTRICT COURT
                          DISTRICT OF PUERTO RICO

                          By:_____
                              Deputy Clerk