UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RAYMOND GANDIA-ROSA,<br>Defendant,<br><br>and<br><br>FBI,<br>Garnishee. | Case 3:97-0084-001(PG) |

## ANSWER OF THE GARNISHEE

The Federal Bureau of Investigation (FBI), Garnishee, through its officer, Keith A. Byers, Acting Chief Division Counsel, being duly sworn deposes and says:

That The FBI, is a Federal Agency, organized under the laws of the United States of America: 28 U.S.C. section 531 and 18 U.S.C. section 3052.

That on August 5, 2005, Garnishee was served with the Writ of Garnishment.

That the following is the information related to defendant, Raymond Gandia-Rosa, for the pay period in effect on the date of service:

Yes No

_X_  ___  1. The Garnishee has custody, control or possession of the following property (non-earnings), which the Debtor maintains an interest, as described below:

|    | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|----|---|---|---|
| 1. | $96,080.00 Cash | $96,080.00 | Seized from residence of Raymond Gandia-Rosa located at C-10, Calle 3, Cupey Gardens, Rio Piedras, Puerto Rico |
| 2. | Miscellaneous Property<br>a. One blue calendar;<br>b. August 1993 calendar;<br>c. Banco Popular deposit slip for account #641-144044;<br>d. Veteran's Administration Credit Union statement;<br>e. Miscellaneous forms and envelopes regarding the Veteran's Administration;<br>f. Miscellaneous documents regarding Bartolome Mayol;<br>g. Miscellaneous documents regarding Luz Ocasio Vargas;<br>h. Miscellaneous computer printouts; and,<br>i. Miscellaneous notes, documents, correspondence, and business cards. | $ 0.0 | Seized from residence of Raymond Gandia-Rosa located at C-10, Calle 3, Cupey Gardens, Rio Piedras, Puerto Rico |
| 3. | N/A | N/A | N/A |
| 4. | N/A | N/A | N/A |

Garnishee anticipates disbursing to the judgment-debtor in the future, the following amounts:

|    | Amount | Estimate date or Period Due |
|----|---|---|
| 1. | $ 0.0 | N/A |
| 2. | $ |  |
| 3. | $ |  |
| 4. | $ |  |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

__X__   [The garnishee makes the following claim of exemption on the part of Defendant:]

**Exemption 8d. equaling $475.00.**

____   [Or has the following objections, defenses, or ser-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

____   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

Following execution of this document, the Garnishee will mail a copy of this answer by first-class mail to Raymond Gandia-Rosa, and to H.S. GARCIA, United States Attorney, District of Puerto Rico, Torre Chardon, Suite 1201, 350 Carlos Chardon Street, San Juan, Puerto Rico, 00918.

_____
F.B.I.
Garnishee, through its officer

AFFIDAVIT NO: __101__

Subscribed ans sworn to before me by _Keith A. Byers_, of legal age in his/her capacity as _Acting Chief Division Counsel_ for _the FBI_ ans of status (single/married) and resident of _Carolina_, Puerto Rico, this _11th_ day of _August_, 2005, at _San Juan_ Puerto Rico.

(Public Notary)
(Seal)