UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>        v.<br>Raymond Gandia-Rosa,<br>     Defendant<br><br>      and<br><br>F.B.I.,<br>     Garnishee | 3:97-CR-0084-001(PG) |

**CERTIFICATION OF SERVICE OF DOCUMENTS
ON JUDGMENT DEBTOR**

**TO THE CLERK OF THE COURT:**

Plaintiff, the United States of America, the judgment creditor herein, hereby certifies that service of the Writ of Garnishment, along with the initial Clerk's Notice to Judgment Debtor, was served upon the judgment debtor on August 8, 2005, via return receipt requested; and, upon the Garnishee, on August 5, 2005, via U.S. Marshal Service. (Exhibits attached hereto)

In San Juan, Puerto Rico, this 22nd day of August, 2005.

                                              H. S. GARCIA
                                              United States Attorney

                                              S/REBECCA VARGAS-VERA-203307
                                              Assistant U.S. Attorney
                                              Financial Litigation Unit
                                              Torre Chardon, Suite 1201
                                              350 Carlos Chardon Street
                                              Hato Rey, Puerto Rico 00918
                                              Tel No. (787)766-5656