**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Raymond Hudia Rosa
   81 Leafield Ct
   Crystal Oaks
   Lecanto, FL 34461

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Raymond Hudia   ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Raymond Hudia Rosa              8-8-05

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0004 3111 1421

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here
8/5/05

Sent To: Raymond Hudia Rosa
Street, Apt. No.; or PO Box No. 81 Leafield Ct, Crystal Oaks
City, State, ZIP+4 Lecanto, FL 34461

PS Form 3800, June 2002    See Reverse for Instructions

7005 1160 0004 3111 1421

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:97-cr-0084-001(PG) |
| DEFENDANT | TYPE OF PROCESS |
| RAYMOND GANDIA-ROSA | WRIT OF GARNISHMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F.B.I. (Garnishee)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Federal Building Office, 5th Floor, Chardon Street, San Juan, PR 00918

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

H.S. GARCIA
United States Attorney
350 Chardon Street, Suite 1201
San Juan, Puerto Rico 00918    FLU/RVV
Tel No. (787)766-5656

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [signature] REBECCA VARGAS-VERA, A.U.S.A.
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (787)7666-5656
DATE: 8/5/5

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 69
District to Serve No. 69
Signature of Authorized USMS Deputy or Clerk: R.S. [signature]
Date: 8/5/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above the on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Keith Byers (Legal Counsel - FBI)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
F.O.B. Hato Rey, PR
5th floor - FBI office

Date: 08/05/2005    Time: 11:40  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | — | — | $45.00 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED
**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00