UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>Raymond Gandia-Rosa,<br>        Defendant<br><br>        and<br><br>F.B.I.,<br>        Garnishee | CASE: 3:97-CR-0084-001 (PG) |

### ORDER TO THE GARNISHEE

A Writ of Garnishment, directed to the F.B.I. as Garnishee, was duly issued and served on August 5, 2005 upon said Garnishee. Pursuant to said Writ of Garnishment, the Garnishee filed its Answer on August 15, 2005, stating that at the time of the service of the writ they had in their possession or under their control non-exempted disposable earnings and personal property belonging to and due to the defendant.

On August 8, 2005, the defendant was notified via return receipt requested, of his right to a hearing and has not requested a hearing to determine exempt property.

PURSUANT TO 28 U.S.C. §3205(c)(7), IT IS ORDERED that Garnishee pay the sum of **$95,605.00**; that is, $96,080.00 less $475.00 which the Garnishee has claimed to be exempt as personal property of the debtor;

FURTHER, IT IS ORDERED that payment in the amount of

$95,605.00 shall be made payable to the Clerk of the U.S. District Court for this district, who will in turn accept, deposit and credit said money as a partial payment towards the satisfaction of the **Restitution** imposed by the Court in case 3:97-cr-0084-001(PG);and, the balance of $475.00 left in possession, custody or control of the F.B.I. be sent to the defendant by the Garnishee, as exempt property.

SO ORDERED.

In San Juan, Puerto Rico, this 31st day of August, 2005.

Juan Pérez-Gimenez
United State District Court Judge

SEP 0 6 2005

s/c: AUSA Rebecca Vargas
FBI
Raymond Sandra