**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:97-CR-0084-001(PG) |
| DEFENDANT | TYPE OF PROCESS |
| RAYMOND GANDIA-ROSA | Writ Of Garnishment and Instructions |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RAYMOND GANDIA-ROSA
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
81 Leafland Pt., Crystal Oaks, Lecanto, Florida 34461

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

H.S. Garcia, United States Attorney
United States Attorneys Office
Chardon Tower No. 350 Chardon Ave.
Suite 1201
San Juan, Puerto Rico 00918

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Defendant, Raymond Gandia-Rosa, must be served personally. Defendant may be reached at Telephone No. 787-667-0798 (Celular Phone)

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
REBECCA VARGAS-VERA, A.U.S.A.
TELEPHONE NUMBER: 787-766-5656
DATE: 8-5-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 69 | No. 18 | R.S. | 8-5-05 |

I hereby certify and return that [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks" the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

| Date | Time | |
|---|---|---|
| 8/29/05 | 1207 | [ ] am [X] pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 90.00 | 35.64 | | $125.64 | | |

REMARKS: 8-17-05 R.W.D.- called # 787-667-0798. Phone Disconnected, not in service
8-21-05 #called not in svc   8/29 - #called not in svc
(352) 746-9471

PRIOR EDITIONS MAY BE USED    PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00